JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLEN STAR, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAR NEWS BUILDING, LP, a California limited partnership; STAR NEWS BUILDING LLC, a California limited liability Company; MICHAEL KAMEN, an individual; GERSON I. FOX, an individual; and ALL OTHERS, KNOWN OR UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN OR TO THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. CV 12-05738-R (PJWx)<br><br>[HONORABLE MANUEL L. REAL COURTROOM 8]<br><br>**JUDGMENT BY COURT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56 IN FAVOR OF PLAINTIFF FALLEN STAR, LLC AGAINST DEFENDANT GERSON I. FOX** |

　　　　On April 1, 2013, Plaintiff/Assignee/Real Party In Interest FALLEN STAR, LLC's ("Plaintiff") Motion for Summary Judgment against Defendant GERSON I. FOX ("Defendant") came on for hearing in Courtroom 8 of the above-captioned Court,

1
[Proposed] Judgment in Favor of Plaintiff Fallen Star, LLC
Against Defendant Gerson I. Fox
Case No. CV 12-05738-R (PJWx)

15387417v.1

Honorable Manuel L. Real presiding.  Having considered all papers, evidence, and argument in support of and in opposition to the Motion for Summary Judgment and a decision having been duly rendered granting Plaintiff Fallen Star, LLC's Motion for Summary Judgment.  Pursuant to *Federal Rules of Civil Procedure*, rules 54 and 56, this final judgment is entered in favor of Plaintiff Fallen Star, LLC against Defendant Gerson I. Fox as follows:

### *IT IS ORDERED, ADJUDGED, AND DECREED*:

1. Judgment is entered in favor of Plaintiff Fallen Star, LLC against Defendant Gerson I. Fox in the sum of $15,009,516.15.

2. Plaintiff Fallen Star, LLC is entitled to recover costs and attorneys' fees against Defendant Gerson I. Fox pursuant to *Federal Rules of Civil Procedure*, rule 54, and United States District Court, Central District of California, local rule 54.

3. Plaintiff Fallen Star, LLC shall be entitled to recover post-judgment costs, including attorneys' fees, incurred in executing and enforcing this Judgment in California or any other state against Defendant Gerson I. Fox.

4. Plaintiff Fallen Star, LLC shall be entitled to recover post-judgment interest at the legal rate from Defendant Gerson I. Fox until such time as this Judgment is satisfied in full.

5. This Court shall retain jurisdiction to hear any proceeding arising out of this Judgment, including, but not limited to, the determination of a motion for attorneys' fees, interest and costs to be awarded Plaintiff Fallen Star, LLC.

2
[Proposed] Judgment in Favor of Plaintiff Fallen Star, LLC
Against Defendant Gerson I. Fox
Case No. CV 12-05738-R (PJWx)

15387417v.1

6. The Clerk shall enter this judgment forthwith.

***IT IS SO ORDERED AND ADJUDGED.***

Dated:  April 18, 2013

_____
The Honorable Manuel L. Real
United States District Court Judge

3
[Proposed] Judgment in Favor of Plaintiff Fallen Star, LLC
Against Defendant Gerson I. Fox
Case No. CV 12-05738-R (PJWx)

15387417v.1