LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
Ronald N. Richards (SBN 176246)
Email: ron@ronaldrichards.com
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325

LAW OFFICES OF GEOFFREY LONG, A.P.C.
Geoffrey S. Long (SBN 187429)
E-mail: glong0607@gmail.com
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, California 90266
Telephone: (310) 480-5946
Facsimile: (310) 545-2673

Attorneys for Plaintiff/Judgment Creditor FALLEN STAR, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLEN STAR, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAR NEWS BUILDING, LP, a California limited partnership; STAR NEWS BUILDING LLC, a California limited liability Company; MICHAEL KAMEN, an individual; GERSON I. FOX, an individual; and ALL OTHERS, KNOWN OR UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN OR TO THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. CV 12-05738-R (PJWx)<br><br>[HONORABLE MANUEL L. REAL COURTROOM 8]<br><br>**ORDER ON PARTIES' STIPULATION NUMBER THREE AWARDING ADDITIONAL ATTORNEY'S FEES TO JUDGMENT CREDITOR FALLEN STAR, LLC** |

**[PROPOSED] ORDER ON PARTIES' STIPULATION NUMBER THREE AWARDING ADDITIONAL ATTORNEYS' FEES TO JUDGMENT CREDITOR**
Case No. CV 12-05738-R (PJWx)

The Court, having considered all papers and good cause appearing, orders as follows:

Pursuant to the Stipulation Number Three Of The Parties Awarding Additional Attorneys' Fees To Judgment Creditor Fallen Star, LLC, filed on February 26, 2014, Plaintiff/Judgment Creditor Fallen Star, LLC is hereby awarded additional attorneys' fees in the amount of $102,991.55 to be added to the Judgment in favor of Plaintiff/Judgment Creditor Fallen Star, LLC and against Defendant/Judgment Debtor Gerson I. Fox.  Said amount is for attorneys' fees incurred in the above-captioned matter by Judgment Creditor Fallen Star, LLC by the Law Offices of Ronald Richards & Associates, A.P.C. and by the Law Offices of Geoffrey Long, A.P.C. from November 13, 2013 up to and including December 31, 2013, and also includes attorneys' fees not previously sought by Judgment Creditor.  This Order is without prejudice to Judgment Creditor Fallen Star, LLC's right to move for recovery and award of additional attorneys' fees incurred in this action.

***IT IS SO ORDERED.***

DATED: February 27, 2014

_____
Judge Manuel Real
Judge of the United States District Court